**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Kevin Jerome FUELL, Defendant— Appellant.**

No. 08–6836.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: April 29, 2009.

Kevin Jerome Fuell, Appellant Pro Se. Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Jerome Fuell appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fuell,* No. 3:93–cr–00138–RLW–8 (E.D.Va. May 9, 2008); *see also United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). We deny Fuell's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*